IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL JOHN PISKANIN, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN DOE, *AS SPECIAL AGENT IN CHARGE PHILADELPHIA DISTRICT OFFICE OF FEDERAL BUREAU OF INVESTIGATION, ET AL.* | : : : : | NO. 09-2553 |

### O R D E R

AND NOW, this      day of June, 2009, upon consideration of the petition for issuance of a writ of mandamus, and petitioner's and motion to proceed *in forma pauperis*, IT IS ORDERED as follows:

    1.  Leave to proceed *in forma pauperis* is GRANTED; and

    2.  The petition for issuance of a writ of mandamus is DISMISSED as legally frivolous pursuant to 28 U.S.C. § 1915A(b).

BY THE COURT:

_____
MICHAEL M. BAYLSON, J.